UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDITH VAN ZANT GRONDIN, *as personal representative of the Estate of Ronald Van Zant*,

Plaintiff,

v.

GARY R. ROSSINGTON, LEON R. WILKESON, WILLIAM N. POWELL, ARTIMUS PYLE, ED KING, RANDALL HALL, JOHNNY VAN ZANT, CHARLIE BRUSCO, MCA RECORDS, INC.,

Defendants.

88-CV-3192 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of journalist and author Dean Goodman's letters dated April 14, 2025 and August 26, 2025 to the Clerk's Office seeking to unseal the Consent Order, Judgment and Decree entered in this matter on October 11, 1988.  Dkt. 3.  "The courts have repeatedly recognized that members of the press (and other non-parties) may seek to pursue modification of confidentiality orders that have led to the sealing of documents filed with the court, and that the appropriate procedural mechanism to do so is a motion to intervene."  *In re Pineapple Antitrust Litig.*, No. 04-MD-1628 (RMB) (MHD), 2015 WL 5439090, at *1 (S.D.N.Y. Aug. 10, 2015) (collecting cases).

Mr. Goodman is thus directed to file a motion to intervene in this matter and a formal motion to unseal.  He shall serve a copy of these motions on all parties to this matter and file proof of service on the public docket.  A briefing schedule for any oppositions to intervention or unsealing in this matter will be set by the Court following the effectuation of service.

Mr. Goodman is further advised that, if he seeks legal assistance, he may consult with the City Bar Justice Center's clinic for pro se litigants by visiting its website at www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project, by calling (212)

382-4794, or by emailing fedprosdny@nycbar.org. This clinic, which is neither part of nor run by

the Court, assists pro se litigants with federal civil cases.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Goodman at

6952 Pacific View Dr, Los Angeles, CA 90068.

SO ORDERED.

Dated:        December 15, 2025
              New York, New York

_____
Hon. Ronnie Abrams
United States District Judge