UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDITH VAN ZANT GRONDIN, as personal representative of the Estate of Ronald Van Zant,

Plaintiff,

v.

GARY R. ROSSINGTON, LEON R. WILKESON, WILLIAM N. POWELL, ARTIMUS PYLE, ED KING, RANDALL HALL, JOHNNY VAN ZANT, CHARLIE BRUSCO, MCA RECORDS, INC.,

Defendants.

88 Civ. 3192 (RA)

**MOTION TO INTERVENE AND UNSEAL THE CONSENT ORDER, JUDGMENT AND DECREE**

**NOTICE OF MOTION BY DEAN GOODMAN TO INTERVENE AND UNSEAL**

Please take notice that Dean Goodman ("Proposed Intervenor"), *pro se*, hereby moves this Court, pursuant to Rule 24 of the Federal Rules of Civil Procedure, for an order:

1. Granting Dean Goodman status as an Intervenor for the limited purpose of seeking to unseal the Consent Order;

2. Unsealing the Consent Order, Judgment and Decree entered October 11, 1988; and

3. Granting such other and further relief as the Court deems just and proper.

This motion is based upon the attached Memorandum of Law, Exhibits A–D, Complaint-in-Intervention, and Proposed Order, and is filed in response to the Court's Order dated December 15, 2025 (Dkt. 5).

Dated: March 4, 2026

Respectfully submitted,

/s/ Dean Goodman
Dean Goodman, Proposed Intervenor, Pro Se
6952 Pacific View Dr.
Los Angeles, CA 90068
(213) 458-7911
dean@deangoodman.com