UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDITH VAN ZANT GRONDIN, *as personal representative of the Estate of Ronald Van Zant*,

Plaintiff,

v.

GARY R. ROSSINGTON, LEON R. WILKESON, WILLIAM N. POWELL, ARTIMUS PYLE, ED KING, RANDALL HALL, JOHNNY VAN ZANT, CHARLIE BRUSCO, MCA RECORDS, INC.,

Defendants.

88-CV-3192 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of Proposed Intervenor Dean Goodman's Motion to Intervene and Unseal the Consent Order, Judgment and Decree, which was filed on March 4, 2026.  The Court's Order of December 15, 2025 noted that a briefing schedule for Mr. Goodman's motion will be set by the Court following the effectuation of service of that motion on the underlying parties to this action.  Dkt. 5.  Mr. Goodman, who is proceeding *pro se*, has served a copy of this motion on the parties to the underlying action via United States Mail at their last known addresses, and has filed an affidavit of service on the public docket.  Dkt. 9.  This is sufficient to constitute service under Federal Rule of Civil Procedure 5(b).  *See, e.g.*, *Sadowski v. Tech. Career Insts., Inc.*, 1993 WL 299286, at *2 (S.D.N.Y. Aug. 4, 1993).

Any oppositions to Mr. Goodman's motion shall be filed by May 1, 2026.  Mr. Goodman may file a reply to these oppositions, if any, by May 29, 2026.

Parties who are represented by counsel shall file their oppositions, if any, on the public docket.  Parties who are not represented by counsel shall submit their oppositions, if any, to this Court's Pro Se Intake Unit.  Submissions can be made in person, by email to prose@nysd.uscourts.gov, or by regular mail addressed to the Daniel Patrick Moynahan

Courthouse, Pro Se Intake Unit, 500 Pearl Street, Room 205, New York, N.Y. 10017.  Documents

should be captioned as an "Opposition" and be labeled with the docket number 88-CV-3192 (RA).

Unrepresented parties are further advised that, if they seek legal assistance, they may

consult with the City Bar Justice Center's clinic for *pro se* litigants by visiting its website at

www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project,  by  calling  (212)

382-4794, or by emailing fedprosdny@nycbar.org. This clinic, which is neither part of nor run by

the Court, assists pro se litigants with federal civil cases.

Mr. Goodman is directed to serve a copy of this Order on all parties to this matter by April

3, 2026 and file proof of service on the public docket.  The Clerk of Court is respectfully directed

to mail a copy of this Order to Mr. Goodman at 6952 Pacific View Dr, Los Angeles, CA 90068.

SO ORDERED.

Dated:        March 18, 2026
              New York, New York

_____
Hon. Ronnie Abrams
United States District Judge